```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
NABIL FAWZI,                                                     :
:
                             Petitioner, :     1:18-cv-03158-GHW
:
                -v-                                       :     <u>ORDER</u>
:
MARLYN KOPP, *Superintendent, Sing Sing*         :
*Correctional Facility*,                          :
:
                           Respondent. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Respondent is directed to file a response to Petitioner's objections to the Report and Recommendation, Dkt. No. 31 (the "R&R"), no later than September 19, 2024. In accordance with the Court's Individual Rules of Practice in Civil Cases, no reply will be considered by the Court unless it is authorized by the Court in advance. Therefore, the Court will consider the petition to be fully briefed following the submission of Respondent's response to Petitioner's objections to the R&R.

      The Clerk of Court is directed to mail a copy of this order to Petitioner by certified mail.

      SO ORDERED.

Dated: August 30, 2024
       New York, New York

                                                                          GREGORY H. WOODS
                                                       United States District Judge