UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NABIL FAWZI,

                      Plaintiff,                    18 **CIVIL** 3158 (GHW)

      -against-                      **JUDGMENT**

MARLYN KOPP,

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated December 24, 2024, the Court adopts the R&R in full, and Mr. Fawzi's petition for a writ of habeas corpus is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          December 26, 2024

                                                        **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                    **BY:**

                                                           **Deputy Clerk**